IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NOS. 10-639-2 |
| | : | 10-676-2 |
| JUAN MARTIN LOPEZ | : | 10-750-2 – FILE |
| USM#66232-066 | : | |

**ORDER**

AND NOW this 26 day of March, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 108 months, effective November 1, 2015.

BY THE COURT:

_____
The Honorable Berle M. Schiller
Senior United States District Court Judge

3-26-15 Copy to:
U.S. MARSHAL